**Opinion issued March 24, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-20-00084-CR

### NO. 01-20-00085-CR

———————————

### IN RE DEVON MORRIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Devon Morris, has filed two petitions for writ of mandamus asking this Court to order respondent, the Honorable Lori Chambers Gray, to conduct a hearing on relator's motion to dismiss his court-appointed attorney.[1]  We deny the

---

[1]  The underlying cases are *State of Texas v. Devon Morris*, Cause Nos. 1645948 and 1645949, pending in the 262nd District Court of Harris County, Texas, the Honorable Lori Chambers Gray presiding.

petition. *See* TEX. R. APP. P. 52.3(k)(1)(A), (g); TEX. R. APP. P. 9.4; *O'Connor v. First Court of Appeals*, 837 S.W.2d 94, 97 (Tex. 1992).

## PER CURIAM

Panel consists of Justices Keyes, Lloyd, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).